IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:88-cr-01008-MP-AK

JAMES ROGER COLEMAN,

    Defendant.

_____/

**O R D E R**

This matter came before the Court for a hearing on an Amended Petition alleging a violation of supervised release (Doc. 33).  Pursuant to that Amended Petition, the Court issued a warrant (Doc. 34) on January 21, 2009.  As stated during the hearing on January 29, 2009, the Defendant admits to all seven violations and the final revocation hearing will be reset by separate notice.  Defendant shall be released pending the revocation hearing on the same terms and conditions previously imposed.  The warrant issued January 21, 2009, Doc. 34, is hereby quashed as moot.

    **DONE AND ORDERED** this _29th_ day of January, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge